FILED

OCT 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Wayne Anthony Riley )
# 210-993 )
1901 D Street S.E. )
Washington D.C. 20003 )
(Enter your full name, prison number
and address)

v.

DC Jail )
Central Detention Facility )
Department of Correction )
1901 D St S.E. Wash DC. 20003 )
(Enter the full name and address(es),
if know, of the defendant(s) in this
action)

Case: 1:07-cv-01849
Assigned To : Unassigned
Assign. Date : 10/15/2007
Description: Pro Se General Civil

CASE RE-ASSIGNED
DEC 04 2007
TO: URBINA, J. RMU

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $350.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

RECEIVED

SEP 25 2007

SUPERIOR COURT

1

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you _must_ submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.  **SUCCESSIVE CLAIMS**

   Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II. **PREVIOUS LAWSUITS**

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?
      Yes ( )   No (X)

   C. If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit.

       Plaintiffs: _____

       Defendants: _____
       _____

   2.  Court (If federal court, please name the district; if state court name the county.)
       _____

   3.  Docket number: _____

   4.  Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

III. **PLACE OF CONFINEMENT**

_____

A. Is there a prisoner grievance procedure in this institution? Yes (X) And No ( )
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E. Administrator's Remedy grievance form Only.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes (X)   No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? Administrator's On 04-28-2007 And 05-11-2007 None Respond

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes (X)   No ( )   ADMINISTRATOR

3. What, if any, response did you receive? (Furnish copy of response, if in writing.) None

4. What happened as a result of your complaint? Nothing

D. If your answer is No to Question III B, explain why not. _____
_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No ( )

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? _____

2.  Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)    Yes ( )    No ( )

3.  What, if any response did you receive? (Furnish copy of response, if in writing.)

4.  What happened as a result of your complaint? _____

## IV.  PARTIES

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.  Name of Plaintiff: Wayne Anthony Riley XX 210-993
    Address: 1901 D STREET SOUTH EAST WASHINGTON D.C. 20003

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.  Defendant: _____
    Address: _____

    Defendant: _____
    Address: _____

    Defendant: _____
    Address: _____

    Defendant: _____
    Address: _____

## V.  STATEMENT OF CLAIM

# INMATE GRIEVANCE
# INSTITUTION ADMINISTRATOR'S REMEDY

ON 05-11-2007 AT 9:00 PM COMING BACK FROM COURT US MARSHAL TAKING THE HANDCUFFS AND CHAIN AND SHACKLES OFF OF ME I'M A PC AND TOOK HANDCUFFS AND CHAIN AND SHACKLES OFF THE A.S. PC AND AS ARE MIX. OFFICER CPL WHEARTHERS FROM R&D WALK PC AND AS TO A SMALL ROOM WE DON'T HAVE NO HANDCUFFS NO CHAIN NO SHACKLES THE INMATE EXCHANGE SEVERAL BLOWS TO MY HEAD I WENT DOWN TO THE GROUND AND OFFICER CPL WHEARTHERS BROKE THE FIGHT UP DEPART US.
OFFICER LONG TOOK ME TO THE HOSPITAL FOR TREATMENT ON 4-12 I TOLD HIM THANK YOU. I NEED PROTECTION WHEN I GO TO COURT JUNE 29, 07 SEPTEMBER 24, 07 SEPTEMBER 27, 07

PC

PROTECTIVE CUSTODY
ADMINISTRATION SEGREGATION

COPY
07 1849
FILED
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sincerely, Wayne Anthony Riley

State here briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra sheets, if necessary.

On April 27, 2007 Friday Morning 4:41 AM While Officer Goode escorted me to court Friday Morning 4:41 AM To the escalators by walking down the escalators Officer Goode did not hold the chain around my waist I slip down the escalator and hurt myself I did not made it to court on 04 27 2007 When I fail down the escalators officer Goode pick me up trying to make me to walk I could not walk I was in great pain.

## VI. RELIEF

State briefly exactly what you want the Court to do for you.

I MR. WAYNE ANTHONY RILEY DCDC # 210-993, DEMAND IN COMPENSATION DAMMAGES OF FIFTY SEVEN MILLION DOLLARS $57,000,000.00 ¢ DUE TO THE NATURE OF THE SITUATION. BOTH OF THESE CASE'S ARE PERTAINING TO THE SAME SITUATION.

Signed this 05 day of September, 2007.

_____
(Signature of Plaintiff)
Wayne Anthony Riley

I declare under penalty of perjury that the foregoing is true and correct.

09-05-07
_____
(Date)

_____
(Signature of Plaintiff)
Wayne Anthony Riley



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## IMPORTANT INFORMATION...PLEASE READ CAREFULLY

## WARNING TO PRO SE LITIGANTS

All documents That You File with The Court Will Be Available to the Public on the Internet Through PACER (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System.

**YOU ARE RESPONSIBLE FOR PROTECTING YOUR IDENTITY FROM POSSIBLE THEFT. YOU MUST REMOVE CERTAIN PERSONAL IDENTIFYING INFORMATION FROM ALL DOCUMENTS BEFORE YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING. IT IS NOT THE COURT'S RESPONSIBILITY TO REMOVE PERSONAL IDENTIFYING INFORMATION FROM YOUR DOCUMENTS BEFORE THEY ARE ELECTRONICALLY DOCKETED.**

Under the Privacy Policy of the Judicial Conference of the United States, a litigant, whether represented by counsel or appearing pro se, must not put certain types of the litigant's (or any other person's) personal identifying information in documents submitted for filing to any United States District Court. This rule applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party for filing. If the litigant finds it necessary to submit a document containing personal identifying information, the litigant must "black out" or "xxxx" (redact) the personal identifying information prior to submitting the document to the Office of the Clerk for filing.

1. **Types of personal information that MUST be removed or redacted from documents before filing:**
   (a) **Social Security Numbers.** If an individual's social security number must be included in a pleading, only the last four digits of that number shall be used.
   (b) **Names of Minor Children.** If the involvement of a minor child must be mentioned, only the initials of that child shall be used.
   (c) **Dates of Birth.** If an individual's date of birth must be included in a pleading, only the year shall be used.
   (d) **Financial Account Numbers.** If financial account numbers are relevant, only the last four digits of these numbers shall be used.
   (e) **Juror Information.** If a document containing identifying information about a juror or potential juror must be filed (e.g., verdict form or indictment), all personal information identifying a juror or potential juror must be redacted.

2. **Other sensitive personal information of the litigant (or any other person) that should be considered for possible removal or redaction.**

Any personal identifying number, including a driver's license number; medical records; employment history; individual financial information; proprietary or trade secret information; information regarding an individual's cooperation with the government; information regarding the victim of any criminal activity; national security information; and/or sensitive security information described in 49 U.S.C. Section 114(s).

# Ancident [Incident] ~~D~~ [redacted]

pART-1.

COPY

On 04-27-07 Friday Morning Approximately 4:41 AM while Officer Goode escorted me to R&D to court I hade shackles on my ankles and chain around my waist connected to the handcuffs around my wrist. Officer Goode did not escorted me to the elevator for safety, he escorted me to the escalators walking down the escalators I slipped and rolled down the escalators with the shackles on my ankles and chain around my waist connected to the handcuffs around my wrist, and bruised my shoulder and bruised my [redacted] knee and hurt my back and officer Goode pick me straight up off the floor trying to make me walk I was so much in pain I could not walk. By me laying down on the floor waiting on the paramedics the doctor arrived on the seen they pick me up and

PART-2.

PUT ME ON THE STRETCHER AND THE DOCTOR TREATED ME AND SAID YOU WANT BE GOING TO COURT THIS MORNING HE GAVE ME A SHOT IN MY ARM AND MEDICINE FOR PAIN THE MEDICINE HE GAVE ME FOR PAIN WAS NOT STRONG ENOUGH I STILL FEEL PAIN IN MY LOWER BACK.

WAYN ANTHONY RILEY
#210-993
1901 D STREET SOUTH EAST
WASHINGTON D.C. 20003

Sincerly, Wayne Anthony Riley

COPY

# INMATE GRIEVANCE
## INSTITUTION ADMINISTRATOR'S REMEDY

Copy

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

OFF. G~~oode~~

Third Copy: Return to Resident

Type or use ball-point pen.    Attach additional sheets, if necessary.

From: **Riley** (LAST NAME) **Wayne** (FIRST NAME) **A.** (MI.) **210993** (DCDC NO.) **NE-1 #35** (CELL/BLOCK) **D.C. Jail** (INSTITUTION)

**Part A - INMATE COMPLAINT:** ON April 27, 2007 Friday Mourning 4:44 AM while Officer Goode ~~escorted~~ me to court Friday Morning ~~coming~~ to the escalator by walking down the escalator Officer Goode did not hold the chain around my waist, I Slip Down the escalator and ~~~~ I did not Made it to court on 04-27-2007 when i fail down the ~~~~ Officer Goode pick me up trying to ~~make~~ me to walk I

**Remedy Sought:** Could not ~~walk~~ i was in great pain.

04-28-07
DATE

Wayne Anthony Riley
SIGNATURE OF RESIDENT

**Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:**

I MR. WAYNE ANTHONY RILEY DCDC # 210993, DEMAND IN COMPENSATION DAMMAGES OF ~~28,000,000.00~~ @ TWENTY EIGHT MILLION DOLLARS DUE TO THE NATURE OF THE SITUATION.

DATE    IGP NO.    SIGNATURE OF ADMINISTRATOR

See back for: 1. Appeal Procedure.    2. Institutions of filing emergency grievance of sensitive nature.

---

**Part C - RECEIPT**

Return to: _____ LAST NAME, _____ FIRST NAME, _____ MI. _____ DCDC NO. _____ CELL/BLOCK NO. _____ INSTITUTION

Subject: _____

SIGNATURE OF RECIPIENT (STAFF MEMBER)

INMATE GRIEVANCE
INSTITUTION ADMINISTRATOR'S REMEDY

Copy

District of Columbia
Department of Corrections
IGP Form 1 (Rev. 10/92)

Officer Wheanthers

Original Copy: Return to Resident

Type or use ball-point pen.

Attach additional sheets, if necessary.

From: Riley       Wayne      A.      210993     N.E-1  #35   D.C. Jail
      LAST NAME,  FIRST NAME, MI.    DCDC NO.   CELL/BLOCK   INSTITUTION

Part A - INMATE COMPLAINT:
On 5-11-07 at 9:00 PM coming back from court US Marshal taking the Handcuffs and chain and Shackles off of me I'm a PC and took Handcuffs and chain and Shackles off the As. PC and As. ███████. Officer CPL. Wheanthers from R&D walk PC and As to a small room we don't have No Handcuffs No Chain No Shackles the INMATE ██████ several Blows to my ████ I went Down to the Ground And Officer CPL. Wheanthers Broke the fight up and depart Us. ██████ took me to the hospital for treatment on 4-12 I told him Thank you! I need ██████ when I go to court ████ 29, 07

Remedy Sought: September 24, 07   September 27, 07

05-11-2007
DATE

Wayne Anthony Riley
SIGNATURE OF RESIDENT

Part B - RESPONSE BY INSTITUTION ADMINISTRATOR:
I MR. WAYNE ANTHONY RILEY DCDC # 210993 DEMAND IN COMPENSATION DAMMAGES OF 29,000,000.00 ¢ TWENTY NINE MILLION DOLLARS DUE TO THE NATURE OF THE SITUATION.

PC

DATE        IGP NO.                          SIGNATURE OF ADMINISTRATOR

See back for:  1. Appeal Procedure.    2. Institutions of filing emergency grievance of sensitive nature.

---

Part C - RECEIPT

Return to: _____
           LAST NAME,   FIRST NAME,   MI.   DCDC NO.   CELL/BLOCK NO.   INSTITUTION

Subject: _____

_____                              _____
DATE                                       SIGNATURE OF RECIPIENT (STAFF MEMBER)

Complaint

D.C. Department of Co[rrections]
Correctional Officer LT. Hall
without right and gave me a
out anything getting done

Riley Wayne A.    210993    NE-1    35
LAST NAME,  FIRST NAME, MI.  DCDC NO.  CELL/BLOCK NO.  INSTITUTION

LT. B. Hall
SIGNATURE OF RECIPIENT (STAFF MEMBER)

Wayne
# 21[0993]
1901 D
Washi[ngton]

Part C - RECEIPT
Return to:
Subject:
5/14/2007
DATE

COPY

Sincerely, Wayne Anthony Riley

# Anciden̄t Report

PART-1.

On 05-11-07 Friday Night Approximately 9:00 PM Back at D.C. Jail They had PC and AS Mix U.S. Marshal Taking The Handcuffs And Chain And Shackles off of me I'm a PC. And took Handcuffs and chain and Shackles off the As. PC and As are mix. Officer CPL Whearthers Work in R&D Walk PC And As To a Small Room We are Free From Chains And Handcuffs One of The Inmates Struct Me in My Face Several Times with His Fist And To my Head I Fail Down To The Floor Officer Whearthers Seen it And Separate US. I Feel That Officer Whearthers Was'nt Doing His Job. I come Back From Court I get Jumpt on I'M on PC Right Til This Day I Need the Officers To protect Me I Need protection. Officer Long Came From North-East-1 To R&D To pick Me up I Told Him That A

PART-2.

INMATE JUMPT ON ME, WE WENT TO THE CAPTAIN HE SAID WHO JUMPT ON YOU I SAID A GUY NAME TONY FROM South-1-Cell 51 I DON'T NO HIS LAST NAME. THEN Officer LONG TOOK ME TO THE INFIRMIRY FOR TREATMENT THE DOCTOR GAVE ME PILLS FOR PAIN THE PILLS DID NOT DO NO GOOD MY FACE BEEN PAINING FOR 4-WEEKS ALSO MY BACK STILL IN PAIN MY LOWER BACK.

COPY

☐ Administrative Segregation
PC Protective Custody

Sincerely, Wayne Anthony Riley

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

F
07-1849
UNA

## I (a) PLAINTIFFS

WAYNE A. RILEY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE PR

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 210-993

## DEFENDANTS

D. C. JAIL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

Case: 1:07-cv-01849
Assigned To : Unassigned
Assign. Date : 10/15/2007
Description: Pro Se General Civil

CASE RE-ASSIGNED TO: URBINA J. RMU
DEC 04 2007

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes:
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 USC 1983

**VII. REQUESTED IN COMPLAINT** CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 **DEMAND $** $57 Million Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☐ NO If yes, please complete related case form.

**DATE** 10.15.07 **SIGNATURE OF ATTORNEY OF RECORD** NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

