# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
OCT 15 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAYNE ANTHONY RILEY DCDC# 210-993

Plaintiff

V.

D.C. CENTRAL DETENTION FACILITY

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1849

I, WAYNE ANTHONY RILEY _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  D.C. JAIL - CENTRAL DETENTION FACILITY

   Are you employed at the institution? NO  Do you receive any payment from the institution? NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☐ Yes  ☒ No
   f. Any other sources  ☐ Yes  ☒ No

   **RECEIVED**
   SEP 25 2007
   SUPERIOR COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2-

4.  Do you have any cash or checking or savings accounts?   ☐ Yes   ■ No

    If "Yes," state the total amount.   0.4 CENTS

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ■ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

    2 Children     TMB
                   WAB

declare under penalty of perjury that the above information is true and correct.

SEPTEMBER 05, 07                    Wayne Anthony Riley
_____                 _____
Date                                Signature of Applicant

**OTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during e last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach e certified statement of each account.

## ORDER OF THE COURT

| he application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____  United States Judge            Date | _____  _____  United States Judge            Date |



9/5/2007

7:34:35 am

# Inmate Account - Deposits

**DCDC# 210993    NAME: RILEY, WAYNE A    SSN: 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**

**NAME: RILEY, WAYNE A**
**BOOKING# 2006-13773          Active Record**

| Date/Time | Code & Description | Transaction Amount | DF/WT Notes | DL# Notes |
|---|---|---|---|---|
| 02/16/2007 16:59 | 20 - Funds Received via Mail | $30.00 | JAMES R | 210993 |
| 03/06/2007 11:00 | 20 - Funds Received via Mail | $25.00 | CHANTE CAMPBELL | 210993 |

**NAME: RILEY, WAYNE A**
**BOOKING# 2006-06741          Released: 06/10/2006 07:05**

| Date/Time | Code & Description | Transaction Amount | DF/WT Notes | DL# Notes |
|---|---|---|---|---|

No deposits on this booking

**NAME: RILEYS, WAYNE A**
**BOOKING# 2002-07703          Released: 06/20/2003 12:03**

| Date/Time | Code & Description | Transaction Amount | DF/WT Notes | DL# Notes |
|---|---|---|---|---|
| 08/19/2002 15:03 | 20 - Funds Received via Mail | $50.00 | JAMES | 210993 |
| 08/22/2002 14:25 | 20 - Funds Received via Mail | $50.00 | CAROLYN | 210993 |
| 10/04/2002 15:32 | 20 - Funds Received via Mail | $30.00 | CAROLYN DEMMON | 210993 |
| 11/05/2002 13:25 | 20 - Funds Received via Mail | $35.00 | CAROLYN | 210993 |
| 12/09/2002 10:41 | 20 - Funds Received via Mail | $25.00 | CAROLYN DUNMAN | 210993 |
| 12/24/2002 10:28 | CO - Canteen Return | $1.20 | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POST |
| 01/09/2003 12:51 | 20 - Funds Received via Mail | $35.00 | CAROLYN | |
| 02/05/2003 15:41 | 20 - Funds Received via Mail | $30.00 | CAROLYN DAMMOND | 210993 |
| 03/05/2003 14:20 | 20 - Funds Received via Mail | $90.00 | | |
| 04/03/2003 11:41 | CO - Canteen Return | $3.45 | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POST |
| 04/09/2003 13:04 | CO - Canteen Return | $1.60 | COMMISSARY SUMMARY POSTING | COMMISSARY SUMMARY POST |

**NAME: RILEY, WAYNE A**
**BOOKING# 21099302          Released: 08/27/1995 12:00**

| Date/Time | Code & Description | Transaction Amount | DF/WT Notes | DL# Notes |
|---|---|---|---|---|

No deposits on this booking

**07 1849**

**NAME: RILEY, WAYNE A**
**BOOKING# 21099301          Released: 01/14/1993 12:00**

**FILED**

| Date/Time | Code & Description | Transaction Amount | DF/WT Notes |
|---|---|---|---|

OCT 15 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OMITS/lg: 9/5/2007                                          1
A - Deposits by DCDC#

# FINANCE ~~ACCOUNT~~ DEPOSITS

## TRANSACTION

NAME: RILEY, WAYNE A
BOOKING # 2006-13773    ACTIVE RECORD

| DATE | TIME | CODE & DESCRIPTION | AMOUNT | DF/WT-N | DL# NOTES |
|---|---|---|---|---|---|
| 03 06 2007 | 11:00 | 20 FUNDS RECEIVED | $25.00 | CAMPBELL.C | 210-993 |
| 04 01 2007 | | NO DEPOSITS | | | |
| 05 01 2007 | | ~~NO DEPOSITS~~ | | | |
| 06 01 2007 | | NO DEPOSITS | | | |
| 07 01 2007 | | NO DEPOSITS | | | |
| 08 01 2007 | | NO DEPOSITS | | | |

~~past~~ Six Months.

Sincerely, Wayne Anthony Riley

DC CENTRAL DETENTION FACILITY                                         0708231DOC0025
Commissary Sales Receipt                                              Date: 8/23/2007 4:34:41 PM

| Accounting Information | | Inmate Information | | Housing Information | |
|---|---|---|---|---|---|
| Receipt Number: | 5782777 | Name: | RILEY, WAYNE | Section: | NORTH |
| Beginning Balance: | $0.24 | Booking # | 2006-13773 | Block: | 2 |
| | | DCDC# | 210993 | Cell: | 62 |
| | | | | Bed: | A |

| | Description | Quantity | Item Price | Extended Price | Taxable |
|---|---|---|---|---|---|
| 9104 | ROUND STICK PEN BLACK, MEDIUM | 1 | $0.20 | $0.20 | |
| TAX | | 1 | 0.00 | 0.00 | |

Subtotal:                                                                                      $0.20

Inmate Signature

**Canteen Policy**
1. There is a "NO RETURN" policy on all canteen items
2. Inmate will be charged only for those items that were ordered and are in the bag
3. Inmate at times might not get all the items he/she ordered, please refer to canteen bulletin board or your inmate booklet for rules on exceptions
4. Inmate will only be charged for items supplied to him/her in the bag, if an error is brought to the attention, corrective action will be taken, and inmate will be credited if need be
5. Canteen orders of Inmates released/transferred will be taken back and his/her account credited
6. The purchase of certain canteen items is restricted based upon security level of the housing unit. Hot items such as soups or hot chocolate are only available to minimum security units.
7. DC Department of Corrections shall not be held responsible for commissary items ordered which are not part of the approved menu list and no claims shall be entertained for such items.