UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WAYNE ANTHONY RILEY            )
                               )
        V.                     )
                               )        Civil Action No. 07-1849 RMU
DC JAIL, et al.,               )

## REASSIGNMENT OF CIVIL CASE
(non-calendar committee)

The above entitled action was assigned on December 4, 2007 from Unassigned (9098) to Judge Urbina because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK


By: La Tanau Scott
    Deputy Clerk

CC:   Judge Urbina
      & Courtroom Deputy