UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WAYNE ANTHONY RILEY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-1849 (RMU) |
| | : | | |
| v. | : | | |
| | : | | |
| DC JAIL *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

**ORDER**

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 24th day of January, 2008, it is hereby

**ORDERED** that pursuant to 28 U.S.C. § 1915A, this case is dismissed without prejudice, but the dismissal is subject to reconsideration upon plaintiff's filing within twenty (20) days of this Order of a motion to reconsider accompanied by an amended complaint. This is a final appealable Order.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge